IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HEALTH INSURANCE PLAN OF GREATER NEW YORK, INC., | ) | |
| Plaintiff, | ) | Nos. 97-187C, 01-148C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO AMEND TRIAL EXHIBIT AND WITNESS LISTS

Defendant, the United States, respectfully requests leave of Court to amend "Defendant's Witness List" dated July 14, 2003, to add Ms. Nancy H. Kichak, Deputy Associate Director, Center for Workforce Planning and Policy Analysis, Division for Strategic Human Resources Policy, Office of Personnel Management (OPM), as a witness to be called by the Government at the trial of this consolidated litigation. In addition, the Government requests leave of Court to amend "Defendant's Exhibit List" dated July 14, 2003, to add two exhibits to it, specifically, OPM reconciliation instructions for 1988 and 1989 rates for community-rated plans. The Government desires to call this witness and place these documents in evidence for the purpose of controverting the statement at page 4 of the September 8, 2003 "Expert Report of John Wills, CPA," plaintiff's designated trial expert: "We also understand that the Table 1 reports are used by Defendant to annually adjust every plan's rates and as a factor in auditing each plan's rates." The Government did not identify the need to call Ms. Kichak as a witness and to place in evidence the rate reconciliation instructions for 1988 and 1989 rates until just recently because the quoted statement contained in Mr. Wills's September 8, 2003 report does not appear in any of his

previous reports or, for that matter, in "Plaintiff's Memorandum of Contentions of Fact and Law" dated June 13, 2003, in this case.

For the foregoing reasons, defendant's motion for leave to amend our trial witness list and our exhibit list should be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(FAX)(202) 514-8624

Attorneys for Defendant

OF COUNSEL:

SUSAN WHITMAN, ESQ.
Office of General Counsel
Office of Personnel Management
1900 E Street, N.W., Room 7353
Washington, D.C. 20410

SEPTEMBER 12, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 12th day of AUGUST, 2003, I caused to be sent by facsimile transmission a copy of "DEFENDANT'S MOTION TO AMEND TRIAL EXHIBIT AND WITNESS LISTS" addressed as follows:

JEFFREY W. KING, ESQ.
King, Pagano & Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006

s/John E. Kosloske