IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HEALTH INSURANCE PLAN OF GREATER NEW YORK, INC., Plaintiff, | ) | Nos. 97-187C, 01-148C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S AMENDED EXHIBIT LIST

Pursuant to Appendix A, ¶ 16, of the Rules of the Court of Federal Claims, and ¶ 7(c) of the Court's Order filed on February 10, 2003, defendant, the United States, respectfully submits its exhibit list for the trial of this matter. The Government reserves the right to use any exhibits identified in "Health Insurance Plan of Greater New York, Inc.'s Exhibit List" dated June 13, 2003, as may be required. The exhibits that the Government expects to offer into evidence are marked with an asterisk. The exhibits without an asterisk may be offered into evidence if the need arises.

1. Contract No. CS 1040 effective on January 1, 1985, between the Health Insurance Plan of Greater New York, Inc. (HIP) and the Office of Personnel Management (OPM).*

2. Amendment effective on January 1, 1990, to Contract No. CS 1040 between HIP and OPM.*

3. Contract No. 1040 effective on January 1, 1991, between HIP and OPM.*

4. Amendment to Contract No. 1040, effective on January 1, 1992, between HIP and OPM.*

5. Amendment to Contract No. 1040, effective on January 1, 1993, between HIP and OPM.*

6. Amendment to Contract No. 1040, effective on January 1, 1994, between HIP and OPM.*

7. Amendment to Contract No. 1040, effective on January 1, 1995, between HIP and OPM.*

8. Contract No. 1040 effective on January 1, 1996, between HIP and OPM.*

9. FPM Supplement 890-1 (3/10/89).*

10. OPM Payroll Office Letter No. 91-5 ("March 1991 Headcount Reporting") (2/11/91).*

11. OPM Payroll Office Letter No. 91-11 ("September 1991 Headcount Reporting") (9/11/91).*

12. OPM Payroll Office Letter No. 91-17 (12/11/91).*

13. OPM Payroll Office Letter No. 92-06 ("Quarterly Reporting of Enrollment in Prepaid Health Benefit Plans") (3/24/92).*

14. OPM Payroll Office Letter No. 94-02 ("March 1994 Headcount") (2/18/94).*

15. OPM Payroll Office Letter No. 94-07 ("Eliminating the Transfer-Out SF 2810 and Revising SF 2811 Requirements") (11/14/94).*

16. OPM Benefits Administration Letter No. 94-202 ("Eliminating the Transfer-Out SF 2810 and Revising SF 2811 Requirements") (10/19/94).*

17. OPM Benefits Administration Letter No. 97-202 ("FEHB Enrollment Reconciliation") (3/5/97).*

18. OPM Payroll Office Letter No. P-97-06 ("Quarterly Reporting of Health Benefits Data") (3/27/97).

19. Sample SF 2809 for FEHB Program.*

20. Sample SF 2810 for FEHB Program.*

21. Sample SF 2811 for FEHB Program.*

22. SF 2811 (blank).*

23. SF 2809 (blank).*

24. SF 2810 (blank).*

25. SF 2809 (A. Santiago).*

26. SF 2809 (R. Haas).*

27. SF 2809 (E. Hammond).*

28. SF 2810 (S. McKinney).*

29. SF 2810 (E. Hagins).*

30. SF 2810 (J. Dossert).*

31. SF 2810 (R. Gaffney).*

32. SF 2810 (A. Schwartz).*

33. OPM Administrative Kit.*

34. Report of Thomas F. Grogan, C.F.E., dated May 28, 2002.*

35. Addendum dated September 27, 2002, to May 28, 2002 Grogan report.*

36. Addendum dated October 11, 2002, to May 28, 2002 Grogan report.*

37. Supplemental report of Thomas F. Grogan, C.F.E. dated March 28, 2003.*

38. KPMG work paper re: KPMG sample selection of HIP subscribers (Bates No. KPMG00954).*

39. KPMG work papers re: analysis of Office of Workers Compensation Programs data (Bates Nos. KPMG01169-KPMG01198).*

40. KPMG work papers re: individuals not present in the enrollment data from the Q/Care system produced by HIP for whom HIP calculated premiums due for the period of the revised claim (1990-1996) (Bates Nos. KPMG06286-KPMG06323).*

41. Printout from electronic data produced by HIP of premiums due data associated with MEMNUM2 5214311701.*

42. Printout from electronic data produced by HIP of enrollment data contained in the IPMF system data related to HIP's original claim for MEMNUM2 5214311701 and related dependents.*

43. Printout from electronic data produced by HIP of enrollment data contained in the IPMF system data related to HIP's current claim for MEMNUM2 5214311701 and related dependents.*

44. Printout from electronic data produced by HIP of premiums due data associated with MEMNUM2 5346274101.*

45. Printout from electronic data produced by HIP of enrollment data contained in the IPMF system data related to HIP's original claim for MEMNUM2 5346274101 and related dependents.*

46. Printout from electronic data produced by HIP of enrollment data contained in the IPMF system data related to the HIP's current claim for MEMNUM2 5346274101 and related dependents.*

47. KPMG work papers re: individuals appearing in HIP's premiums due data with a start date of March 1, 1990, and a stop date of December 31, 1999 (Bates Nos. KPMG06324-KPMG06336).*

48. Printout from electronic data produced by HIP of premiums due data associated with MEMNUM2 12152587001.*

49. Printout from electronic data produced by HIP of enrollment data contained in the Q/Care system data related to HIP's original claim for MEMNUM2 12152587001 and related dependents.*

50. Printout from electronic data produced by HIP of enrollment data contained in the Q/Care system data related to HIP's current claim for MEMNUM2 12152587001 and related dependents.*

51. Printout from electronic data produced by HIP of premiums due data associated with MEMNUM2 10340047901.*

52. Printout from electronic data produced by HIP of enrollment data contained in the Q/Care system data related to HIP's original claim for MEMNUM2 10340047901 and related dependents.*

53. Printout from electronic data produced by HIP of enrollment data contained in the Q/Care system data related to the HIP's current claim for MEMNUM2 10340047901 and related dependents.*

54. KPMG work papers re: individuals present in HIP premiums due data for whom there is a stop date in the Q/Care system enrollment data that is earlier than the stop date used by HIP to calculate premiums due (Bates Nos. KPMG06337-KPMG06395).*

55. Printout from electronic data produced by HIP of premiums due data associated with MEMNUM2 5866654401.*

56. Printout from electronic data produced by HIP of enrollment data contained in the IPMF system data related to HIP's original claim for MEMNUM2 5866654401.*

57. Printout from electronic data produced by HIP of enrollment data contained in the Q/Care system data related to HIP's original claim for MEMNUM2 5866654401 and related dependents.*

58. Printout from electronic data produced by HIP of enrollment data contained in the IPMF system data related to HIP's current claim for MEMNUM2 5866654401.*

59. Printout from electronic data produced by HIP of enrollment data contained in the Q/Care system data related to HIP's current claim for MEMNUM2 5866654401 and related dependents.*

60. Printout from electronic data produced by HIP of premiums due data associated with MEMNUM2 6240268301.*

61. Printout from electronic data produced by HIP of enrollment data contained in the IPMF system data related to HIP's original claim for MEMNUM2 6240268301.*

62. Printout from electronic data produced by HIP of enrollment data contained in the Q/Care system data related to HIP's original claim for MEMNUM2 6240268301.*

63. Printout from electronic data produced by HIP of enrollment data contained in the IPMF system data related to HIP's current claim for MEMNUM2 6240268301.*

64. Printout from electronic data produced by HIP of enrollment data contained in the Q/Care data related to HIP's current claim for MEMNUM2 6240268301.*

65. KPMG work papers re: the review of select individuals present in the OPM Annuitant Roll data analyzed by HIP (Bates Nos. KPMG06396-KPMG06409).*

66. HIP work papers re: TERMUPDT.SC (Bates Nos. HIPNY03012-HIPNY03017).*

67. HIP work papers re: "HIP FEHB Program 1990-1996 Underpayment Calculation Process Summary" (Bates Nos. HIPNY004631-HIPNY004641).*

68. HIP work paper re: "HIP-NY FEHB Program, 1988-1996 Underpayment" (Bates No. HIPNY004646).*

69. HIP work papers re: "Calculation of Underpayment (1990-1996) (Bates Nos. HIPNY004850-HIPNY004853).*

70. Computer disks produced by HIP that contain the following electronic data:

    (a) Premiums due data tables for the original claim, 1988-1996.

    (b) IHISTORY data table relative to original claim, 1988-1996.

    (c) TIMELINE data table relative to original claim, 1988-1996.

    (d) Premiums due data table for the revised claim, 1990-1996.

    (e) IHISTORY data table relative to revised claim, 1990-1996.

    (f) TIMELINE data table relative to revised claim, 1990-1996.

    (g) HIP_MAST data table relative to revised claim, 1990-1996.

71. OPM screen prints from the Annuity Roll Processing System for members of HIP's FEHB Plan with respect to whom defendant's trial expert's March 28, 2003 report identifies errors in the enrollment data for HIP's FEHB Plan.*

72. OPM Systems Users Manuals, Volume 33, Part 2, Master Record Printout (MRPO) User Manual dated November 20, 1989 (Bates Nos. KPMG03247-KPMG03386).*

73. FEHB Program enrollment forms for Richard Ammon.*

74. FEHB Program enrollment forms for George Andersen.*

75. FEHB Program enrollment forms for Arthur Barnes.*

76. FEHB Program enrollment forms for Barbara Barrow.*

77. FEHB Program enrollment forms for Helen Bobrowski.*

78. FEHB Program enrollment forms for James Bost.*

79. FEHB Program enrollment forms for Hazelle Byrd.*

80. FEHB Program enrollment forms for Gloria Caldwell.*

81. FEHB Program enrollment forms for Gloria Chavis.*

82. FEHB Program enrollment forms for Allen Cook, Jr.*

83. FEHB Program enrollment forms for Douglas Colon.*

84. FEHB Program enrollment forms for Lisa Marie Crosley.*

85. FEHB Program enrollment forms for Philip Crudo.*

86. FEHB Program enrollment forms for Denise (Pasquale) Dauernheim.*

87. FEHB Program enrollment forms for Jose Delgado, Sr.*

88. FEHB Program enrollment forms for Ida Dixon.*

89. FEHB Program enrollment forms for Kenneth Iadarola.*

90. FEHB Program enrollment forms for Maria Jacquez.*

91. FEHB Program enrollment forms for James Johnson.*

92. FEHB Program enrollment forms for Kenneth Jones.*

93. FEHB Program enrollment forms for James McCarthy.*

94. FEHB Program enrollment forms for Frederick Mercer, Jr.*

95. FEHB Program enrollment forms for Dorris (James) Mitchell.*

96. FEHB Program enrollment forms for Stanley Oborski.*

97. FEHB Program enrollment forms for Laurie Rodriguez.*

98. FEHB Program enrollment forms for Vernon Ryland.*

99. FEHB Program enrollment forms for Joel Sanderson.*

100. FEHB Program enrollment forms for Theodore Schwartz.*

101. FEHB Program enrollment forms for Terry Williams.*

102. 1997 OPM annual recap report for HIP's FEHB Plan (Bates Nos. KPMG06257-KPMG06281).*

103. Supplemental Expert Report of John Wills, CPA dated June 2, 2003.

104. Supplemental Expert report of John Wills, CPA dated June 12, 2003.

105. Table 1 (Summary of FEHBP Enrollment) forms for quarter ended 12/31/87 through quarter ended 12/31/89 (HIPNY01453 – HIPNY01461).*

106. Memorandum dated 2/12/01 to HIP-NY Files from Rebecca E. Velez, PriceWaterhouseCoopers, re: "Underpayment Calculation."

107. Work paper of John Wills re: "1990-1996 Underpayment" (HIPNY004852).*

108. Work papers of John Wills re: estimating "Approach Number Three" for underpayment claim for contract years 1988 and 1989 (HIPNY005527 – HIPNY005546).

109. OPM Inspector General Audit Report No. 51-00-89-19 dated July 25, 1991, and related transmittal letter dated August 6, 1991, from Shirley R. Harris, OPM Contracting Officer, to Anthony L. Watson, President, HIP.*

110. Amendment effective on January 1, 1988, to Contract No. CS 1040 between HIP and OPM.*

111. Amendment effective on January 1, 1989, to Contract No. CS 1040 between HIP and OPM.*

112. OPM Reconciliation Instructions for 1988 rates (Community Rated Plans).*

113. OPM Reconciliation Instructions for 1989 rates (Community Rated Plans).*

114. Transcript of deposition of Janet Pinto (with portions of testimony designated).*

The Government also reserves the right to use demonstrative exhibits.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

OF COUNSEL:
SUSAN WHITMAN, ESQ.
Office of General Counsel
Office of Personnel Management
1900 E Street, N.W., Room 7353
Washington, D.C. 20410

SEPTEMBER 12, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 14th day of JULY, 2003, I caused to be sent by facsimile transmission a copy of "DEFENDANT'S AMENDED EXHIBIT LIST" addressed as follows:

JEFFREY W. KING, ESQ.
King, Pagano & Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006

s/John E. Kosloske