IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HEALTH INSURANCE PLAN OF GREATER NEW YORK, INC., | ) | |
| Plaintiff, | ) | Nos. 97-187C, 01-148C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S AMENDED WITNESS LIST

Pursuant to Appendix A, ¶ 15(a), of the Rules of the Court of Federal Claims, and ¶ 7(b) of the Court's Order filed on February 10, 2003, and defendant, the United States, provides the following list of witnesses who are likely to be called to testify at the trial of the above captioned action:

1. MS. ABBY L. BLOCK
Senior Advisor for Employee and Family Support Policy
Division for Strategic Human Resources Policy
Office of Personnel Management
1900 E Street, N.W.
Washington, D.C. 20415
Tele: (202) 606-0770

Topic(s) of testimony: Operation of FEHB Program; enrollment reconciliation; FPM Supplement 890-1; OPM Administrative Kit; policy and practice relating to SF 2811; and DX 9 through DX 21,[1] including foundation for admission of DX 9 through DX 21 into evidence. It is estimated that Ms. Block's direct testimony will take three hours.

---

[1] "DX ____" refers to the referenced trial exhibit listed on "Defendant's Exhibit List" dated July 14, 2003.

2. MR. JAY FRITZ
Policy Analyst
Program Planning and Evaluation Group
Insurance Services Program
Center for Retirement and Insurance Services
Division for Human Resources Products and Services
Office of Personnel Management
1900 E Street, N.W.
Washington, D.C. 20415
Tele: (202) 606-0004

Topic(s) of testimony: Operation of FEHB Program; enrollment reconciliation; FPM Supplement 890-1; OPM Administrative Kit; policy and practice relating to SF-2811; foundation for admission of FEHB Program enrollment documents for members of plaintiff's FEHB Plan with respect to whom defendant's trial expert's March 28, 2003 report, as amended, identifies errors in plaintiff's enrollment data; and DX 9 through DX 21, including foundation for admission of DX 9 through DX 21 into evidence; foundation for admission of DX 73 through DX 101 into evidence. It is estimated that Mr. Fritz's direct testimony will take three hours.

3. MR. DAVID LEWIS
Contracting Officer
Chief, Health Insurance Group III
Insurance Services Program
Center for Retirement and Insurance Services
Division for Human Resources Products and Services
Office of Personnel Management
1900 E Street, N.W.
Washington, D.C. 20415
Tele: (202) 606-0737

Topic(s) of testimony: FEHB Program contract between plaintiff and defendant in effect for contract years 1990 through 1996 (DX 1 through DX 8), including foundation for admission of DX 1 through DX 8 into evidence. It is estimated that Mr. Lewis's direct testimony will take one hour.

4. MS. LORI A. MIMS
Chief, Retirement Benefits Branch
Retirement Eligibility and Services Group
Retirement Services Program
Center for Retirement and Insurance Services
Division for Human Resources Products and Services
Office of Personnel Management
1900 E Street, N.W.
Washington, D.C. 20415
Tele: (202) 606-5240

Topic(s) of testimony: OPM screen prints from the Annuity Roll Processing System for members of plaintiff's FEHB Plan with respect to whom defendant's trial expert's March 28, 2003 report identifies errors in the enrollment data for plaintiff's FEHB Plan (DX 71) and (b) OPM Systems Users Manuals, Volume 33, Part 2, Master Record Printout (MRPO) User Manual dated November 20, 1989 (Bates Nos. KPMG03247-KPMG03386) (DX 72), including foundation for admission of DX 71 and DX 72 into evidence. It is estimated that Ms. Mims's direct testimony will take one hour.

5. MR. WILLIAM MEYLER
Supervisory IT Specialist
Annuity Systems Branch
Benefits Systems Group
Center for Information Services and Chief Information Officer
Division for Management and Chief Financial Officer
Office of Personnel Management
1900 E Street, N.W.
Washington, D.C. 20415
Tele: (202) 606-2055

Topic(s) of testimony: OPM annuitant print screen data for members of plaintiff's FEHB Plan with respect to whom defendant's trial expert's March 28, 2003 supplemental report identifies errors in the enrollment data for plaintiff's FEHB Plan (DX 71), including foundation for

admission of DX 71 into evidence. It is estimated that Mr. Meyler's direct testimony will take one hour.

6. MS. LINDA G. CRAWFORD
Accounting Team Leader
Trust Funds Branch
Business Units and Financial Services Group
Division for Management and Chief Financial Officer
Office of Personnel Management
1900 E Street, N.W.
Washington, D.C. 20415
Tele: (202) 606-4151

Topic(s) of testimony: 1997 OPM annual recap report for plaintiff's FEHB Plan (DX 102), a copy of which is appended to defendant's trial expert's March 28, 2003 report, including foundation for admission of DX 102 into evidence. It is estimated that Ms. Crawford's direct testimony will take one hour.

7. MS. JANET PINTO
Managing Director of Enrollment
Health Insurance Plan of Greater New York, Inc.
7 West 34th Street
New York, NY 10001
Tele: (212) 630-8337

Topic(s) of testimony: The enrollment data bases for plaintiff's FEHB Plan, including the change from the IPMF and Q/Care systems and the transition from the IPMF system to the Q/Care system; the procedure(s) and method(s) by which plaintiff processed SF 2809s, SF 2810s, and SF 2811s received from Federal agencies; the procedure(s) and method(s) by which plaintiff entered enrollment information for members of its FEHB Plan into the enrollment data base for the Plan; the quality control or quality assurance practices and procedures used by plaintiff to test the accuracy of enrollment data contained in the enrollment data base for plaintiff's FEHB Plan;

the records retention and storage practice(s) and procedure(s) of plaintiff with respect to its copies of SF 2809s, SF 2810s, and SF 2811s; and DX 22 through DX 33, including foundation for admission of DX 22 through DX 33 into evidence. It is estimated that Ms. Pinto's direct testimony will take 1-1/2 hours.

8. MS. SHIRLEY R. PATTERSON
Chief, Health Insurance Group I
Insurance Services Programs
Division for Human Resources Products and Services
Office of Personnel Management
1900 E Street, N.W., Room 3435
Washington, D.C. 20415
Tele: (202) 606-0727

Topic(s) of testimony: Foundation for admission into evidence of letter dated August 6, 1991, from Shirley R. Harris, OPM Contracting Officer, to Anthony L. Watson, President, HIP, and related OPM Inspector General Audit Report No. 51-00-89-19 dated July 25, 1991 (DX 109). It is estimated that Ms. Patterson's direct testimony will take one hour.

9. MR. DENNIS K. BLACK
Deputy Assistant Inspector General for Audits
Office of the Inspector General
Office of Personnel Management
1900 E Street, N.W., Room 2H31
Washington, D.C. 20415
Tele: (202) 606-4711

Topic(s) of testimony: OPM Inspector General Audit Report No. 51-00-89-19 dated July 25, 1991 (DX 109), including foundation for admission of audit report into evidence. It is estimated that Mr. Black's direct testimony will take 1-1/2 hours.

10. THOMAS F. GROGAN, C.F.E.
Forensic and Litigation Services
KPMG LLP
1601 Market Street
Philadelphia, PA 19103-7212
Tele: (267) 256-1790

Topic(s) of testimony: Findings, conclusions, and opinions contained in Mr. Grogan's reports of May 28, 2002, as amended, and his March 28, 2003 supplemental report and related work papers and in the transcripts of depositions of Mr. Grogan taken by plaintiff on October 28, 2002, and April 15, 2003; the findings, conclusions, and opinions contained in the January 2002 and February 2003 reports of plaintiff's designated trial expert, John W. Wills, and related work papers and in the transcript of the deposition of Mr. Wills taken by defendant on April 15, 2003; and DX 34 through DX 102, including foundation for their admission into evidence. It is estimated that Mr. Grogan's direct testimony will take eight hours.

11. MS. NANCY H. KICHAK
Deputy Associate Director
Center for Workforce Planning and Policy Analysis
Division for Strategic Human Resources Policy
Office of Personnel Management, Room 4307
1900 E Street, N.W.
Washington, D.C. 20415
Tele: (202) 606-0722

Topic(s) of testimony: Rate reconciliation for community-rated FEHB Program Plans and OPM reconciliation instructions for 1988 and 1989 rates. It is estimated that Ms. Kichak's direct testimony will take 1-1/2 hours.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(FAX)(202) 514-8624

Attorneys for Defendant

OF COUNSEL:

SUSAN WHITMAN, ESQ.
Office of General Counsel
Office of Personnel Management
1900 E Street, N.W., Room 7353
Washington, D.C. 20410

SEPTEMBER 12, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 12th day of SEPTEMBER, 2003, I caused to be sent by facsimile transmission a copy of “DEFENDANT’S AMENDED WITNESS LIST” addressed as follows:

JEFFREY W. KING, ESQ.
King, Pagano & Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006

s/John E. Kosloske