**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | |
|---|---|
| **HEALTH INSURANCE PLAN OF GREATER NEW YORK, INC.,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant.** | **Civil Action Nos. 97-187C, 01-148C**<br>**(Judge Allegra)** |

**HEALTH INSURANCE PLAN OF GREATER NEW YORK, INC.'S MOTION FOR LEAVE TO AMEND ITS WITNESS LIST AND EXHIBIT LIST**

Plaintiff, Health Insurance Plan of Greater New York, Inc., ("HIP-NY") submits this Motion For Leave To Amend Its Exhibit List and Witness List.

**HIP-NY's WITNESS LIST**

HIP-NY seeks this Court's permission to Amend its Witness List, previously filed on June 13, 2003, in order to add one witness, Carmen Bynum. HIP-NY has discovered that one of its previously disclosed witnesses may be unable to appear in Court until Wednesday, September 17, 2003. In order to ensure there is no interruption in HIP-NY's presentation of its case-in-chief, HIP-NY seeks to add Carmen Bynum to testify to "the automated editing systems under the Q/Care and IPMF databases." On September 10, 2003, HIP-NY advised Defendant's counsel of its intent to call Ms. Bynum to testify at trial.

**HIP-NY'S EXHIBIT LIST**

HIP-NY also seeks this Court's permission to amend its Exhibit List, filed on June 13, 2003. HIP-NY seeks to add to its Exhibit List several documents previously produced in

discovery, demonstrative exhibits, and portions of Defendant's 30(b)(6) witnesses' deposition testimony that this Court will admit at the outset of trial pursuant to its August 14, 2003 Order.

Respectfully submitted,

Dated: September 12, 2003

JEFFREY W. KING
**KING, PAGANO & HARRISON**
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006
(202) 371-6800
Counsel for Plaintiff, Health Insurance Plan of Greater New York

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 12th day of September, 2003, I caused a copy of the foregoing HEALTH INSURANCE PLAN OF GREATER NEW YORK, INC.'S MOTION FOR LEAVE TO AMEND ITS WITNESS LIST AND EXHIBIT LIST to be delivered, via facsimile, to the following individual:

John Kosloske, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Counsel for Defendant

Andrew B. Dahlinghaus