**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HEALTH INSURANCE PLAN OF GREATER NEW YORK, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **Civil Action No. 97-187C, 01-148C**<br>**(Judge Allegra)** |

**HEALTH INSURANCE PLAN OF GREATER NEW YORK, INC.'S AMENDED EXHIBIT LIST**

Plaintiff Health Insurance Plan of Greater New York, Inc., ("HIP-NY"), hereby respectfully submits its Amended Exhibit List for the trial of this matter. HIP-NY reserves the right to use any exhibits identified in Defendant's Exhibit List, as may be required.

| Exhibit No. | Document Description |
|---|---|
| 1. | HIP-NY Federal Employees Health Benefits Program ("FEHB Program") Contract, CS-1040 for 1985. |
| 2. | HIP-NY FEHB Program Contract, CS-1040, Amendment for 1990. |
| 3. | HIP-NY FEHB Program Contract, CS-1040, for 1991. |
| 4. | HIP-NY FEHB Program Contract, CS-1040, Amendment for 1992. |
| 5. | HIP-NY FEHB Program Contract, CS-1040, Amendment for 1993. |
| 6. | HIP-NY FEHB Program Contract, CS-1040, Amendment for 1994. |

| | |
|---|---|
| 7. | HIP-NY FEHB Program Contract, CS-1040, Amendment for 1995. |
| 8. | HIP-NY FEHB Program Contract, CS-1040, Amendment for 1996, and brochure. |
| 9. | The Office of Personnel Management Federal Personnel Manual, Supplement and Subchapters (pertinent sections). |
| 10. | Blank SF-2809. |
| 11. | SF 2809 Instruction Sheet. |
| 12. | SF-2809 Enrollment Document. |
| 13. | SF-2809 Enrollment Form (showing new enrollment). |
| 14. | SF-2809 Enrollment Form (showing transfer out). |
| 15. | SF-2809 Enrollment Form (showing change in code). |
| 16. | SF-2809 Enrollment Form (showing continuation of coverage). |
| 17. | SF-2809 Enrollment Form (updating coverage). |
| 18. | SF-2809 Enrollment Form (canceling coverage). |
| 19. | Electronic SF-2809. |
| 20. | Blank SF 2810 (example). |
| 21. | SF-2810 (showing termination of coverage). |
| 22. | SF-2810 (showing reinstatement). |
| 23. | SF 2810 (showing transfer out of HIP-NY and transfer in). |
| 24. | SF-2810 (showing transfer out of HIP-NY). |
| 25. | SF-2810 (showing name change). |
| 26. | SF-2810 (showing change in subscriber name). |
| 27. | Electronic Document (showing transfer in). |
| 28. | SF-2810 (showing correction). |

| | |
|---|---|
| 29. | SF-2811 (Voided). |
| 30. | SF-2811 (blank form). |
| 31. | SF-2811 (example). |
| 32. | Electronic Version of SF-2811. |
| 33. | Additional SF-2811 Forms Reviewed. |
| 34. | Document (showing mass transfer). |
| 35. | Guidelines for Reconciling Enrollment. |
| 36. | Administrative Kit for 1992. |
| 37. | Administrative Kit for 1995. |
| 38. | U.S. OPM FEHB Letter No. 96-20. |
| 39. | U.S. OPM FEHB Letter No. 96-33 (HIP-NY 0050-HIP-NY0056). |
| 40. | U.S. OPM Benefits Administration Letter No. 94-202. |
| 41. | Agency Name List. |
| 42. | HIP-NY Response to Reconciliation. |
| 43. | Reconciliation Document. |
| 44. | Reconciliation Document. |
| 45. | Reconciliation Document. |
| 46. | Reconciliation Document (HIP-NY 003804-HIP-NY 003829). |
| 47. | Reconciliation Document (HIP-NY 004175- HIP-NY 4178). |
| 48. | Reconciliation Response From Agency (HIP-NY 004115). |
| 49. | Reconciliation Response From Agency (HIP-NY 004116-HIP-NY 004121). |
| 50. | Reconciliation Response From Agency (HIP-NY 004161). |

51. Reconciliation Document From HIP-NY (HIP-NY 003678-HIP-NY 003683).

52. Reconciliation Termination (HIP-NY 004031).

53. Reconciliation Response From Agency (HIP-NY 004028-HIP-NY 004030).

54. Written Request for Additional Information.

55. Member Letter.

56. Reconciliation Response.

57. Reconciliation Document Containing "Ulysses Foster."

58. Reconciliation Document Containing "Martin Simonson."

59. Reconciliation Document Containing "Marie Girard."

60. 1997 Claim Letter.

61. 2001 Claim Letter.

62. Denial of 2001 Claim.

63. Document Re: HIP-NY New Enrollee Processing.

64. Document Re: HIP-NY's Federal Reconciliation Process.

65. Final Reconciliation Request.

66. Follow-Up to Final Reconciliation Request.

67. Reconciliation Task Force Report.

68. Health Benefits Reconciliation Task Force Summary of Findings and Recommendations (8/14/91).

69. Health Benefits Reconciliation Task Force Itinerary (1/24/92).

70. Health Benefits Reconciliation Task Force Implementation Update (June 1992).

71. GAO Report on the Federal Employees Health Benefits Program "Errors in Health Benefit Enrollment Data Push Up Health Insurance Costs" (12/6/79).

72. OPM Payroll Office Letter No. 91-11 "September 1991 Headcount Reporting" (9/11/91).

73. Letter From J. Kijewski To M. Holmes (2/18/94).

74. 1997 First and Second Quarter Reconciliation Federal Annuitant's Payroll Office 24 90 0002 (24 00 0002) (7/95).

75. US OPM Payroll Office Letter P-96-01 Re: Benefit Program Withholdings and Contributions for Employees Affected By Lapse In Appropriations (1/17/96).

76. OPM Retirement and Insurance Service Financial Management Letter No. F-96-05 Re: Internal Control questionnaire and Annual Confirmation Report (8/23/96).

77. US OPM FEHBP Letter No. 96-43C Re: Resolving Discrepancies Between Enrollment and Payments to the Carrier and Other Amendments to the Standard Contracts (10/11/96).

78. OPM Retirement and Insurance Group Benefits Administration Letter No.: 96-207 (10/16/96).

79. OPM Retirement and Insurance Group Benefits Administration Letter No: 97-201 (3/4/97).

80. Benefits Administration Letter No. 97-202 (3/5/97).

81. Final Audit Report (5/29/96).

82. Curriculum Vitae of John Wills.

83. Electronic Copy of Powerpoint Presentation.

84. OWCP Report (5/29/96).

85. OPM Payment Report for August 1995.

86. OPM Payment Report for September 1995.

87. HB Recap Report (HIP-NY 00669-HIP-NY 00679).

88. Documents Pertaining to James Alston (KPMG00149-KPMG00151, HIP-NY 02313).

| | |
|---|---|
| 89. | Documents Pertaining to Havlor Adams (KPMG 00139-KPMG 00142, HIP-NY 002283-HIP-NY 002284, HIP-NY 003180, HIP-NY 002285-HIP-NY 02298). |
| 90. | Documents Pertaining to Charles Ayers (KPMG 00134, HIP-NY-2265-HIP-NY2281). |
| 91. | Electronic Spreadsheets. |
| 92. | January 16, 2002 Expert Report of J. Wills. |
| 93. | February 28, 2003 Supplemental Report of J. Wills. |
| 94. | Memorandum From N. DiLieto To M. Murphy (9/3/86). |
| 95. | Enrollment Guide for 1996 (HIP-NY 0014-HIP-NY0035). |
| 96. | KPMG Audit of OPM Benefit Plans, Volume 2. |
| 97. | KPMG Audit of OPM Benefit Plans, Volume 3. |
| 98. | KPMG Audit of OPM Benefit Plans, Volume 4. |
| 99. | KPMG Audit of OPM Benefit Plans, Volume 5. |
| 100. | KPMG Audit of OPM Benefit Plans, Volume 6. |
| 101. | PM Audit. |
| 102. | Independent Auditor's Report. |
| 103. | HIP-NY Enrollment database (used to calculate premiums due). |
| 104. | USPS Database. |
| 105. | OPM Annuitant Database. |
| 106. | Underpayment Calculation for 1988 and 1989. |
| 107. | Total Underpayments. |
| 108. | Revised Powerpoint Presentation. |
| 109. | Enrollment Document for Denise Pasquale, HIP-NY 005500. |

| | |
|---|---|
| 110. | Enrollment Document for Denise Pasquale (effective date January 10, 1993). |
| 111. | Reconciliation Letter, dated October 30, 1995. |
| 112. | Chart Entitled, "1991 Hospital Expense." (Demonstrative) |
| 113. | Chart Entitled, "1991 Hospital Expense, Assuming 3% Overstatement In Membership." (Demonstrative) |
| 114. | Enrollment Document for Hazelle Byrd, HIP-NY 005518. |
| 115. | Portions of Deposition Transcript of Janet Pinto. |
| 116. | Portions of Deposition Transcript of Eileen Rembish. |
| 117. | Portions of Deposition Transcript of Deborah Root. |
| 118. | Portions of Deposition Transcript of Jay David Fritz. |
| 119. | Portions of Deposition Transcript of Abby Block. |
| 120. | Portions of Deposition Transcript of William Meyler. |

Respectfully submitted,

Dated: September 12, 2003

JEFFREY W. KING
**KING, PAGANO & HARRISON**
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006
(202) 371-6800

Counsel for Plaintiff
Health Insurance Plan of
Greater New York, Inc.

57231

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 12th day of September, 2003, I caused a copy of the foregoing HEALTH INSURANCE PLAN OF GREATER NEW YORK, INC.'S AMENDED EXHIBIT LIST to be delivered via facsimile to the following individual:

John Kosloske, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Counsel for Defendant

Andrew B. Dahlinghaus