U.S. Department of Justice

Civil Division

JKosloske
DJ Nos. 154-97-187; 154-01-148

Telephone: (202) 307-0282
Telecopy: (202) 514-8624

*Washington, D.C. 20530*

By Telecopy and First Class Mail

August 27, 2003

Jeffrey W. King, Esq.
King, Pagano & Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006
(Telecopy: (202) 371-6770)

Re: Health Insurance Plan of Greater New York, Inc. v. United States, Nos. 97-187C, 01-148C (Fed. Cl.)

Dear Mr. King:

Pursuant to paragraph 11 of the court's Order filed on August 14, 2003, we designate the following additional portions of the deposition testimony of Abby Block, William Meyler, Jay Fritz, Debbie Root, and Eileen Rembish:

| | |
|---|---|
| Abby Block: | 6/11-13; 6/21-9/5; 9/10-10/7; 12/8-19; 14/12-15; 18/14-16; 40/16-41/18; 62/19-21; 119/9-13.[1] |
| William Meyler: | 47/15-21; 49/16-50/10; 51/21-52/2; 52/10-14; 52/21-53/3; 53/9-13; 154/9-155/8; 196/3-13; 198/9-199/2; 200/2-18; 203/3-13; 205/8-206/5; 226/16-228/7; 229/8-13; 232/8-233/3; 233/20-234/3; 234/7-236/9; 238/1-239/6. |
| Jay Fritz: | 7/3-12; 7/16-10/14; 22/12-21; 33/14-34/5; 56/7-8; 60/2-6; 70/13-71/12; 84/7-9; 100/20-101/12; 130/17-131/13; 178/16-20; 254/19-255/11; 261/7-15. |
| Debbie Root: | 6/13-17; 8/5-9/5; 10/12-11/7; 11/15-17; 12/16-21; 54/8-13. |

[1] The citation is to the page(s) and line(s) of the deposition transcript. For example, "6/21-9/5" refers to line 21 of page 6 through line 5 of page 9.