Eileen Rembish: 8/2-8; 8/13-19; 35/8-10; 259/5.

Regarding the deposition of Janet Pinto, the testimony designated by the Government should include lines 12 and 13 of page 97 in addition to the material designated in our motion for leave to file Ms. Pinto's testimony. We inadvertently did not include those two lines of testimony.

It is our understanding that the designated portions of the deposition testimony of Abby Block, William Meyler, Jay Fritz, Debbie Root, Eileen Rembish, and Janet Pinto will be made joint exhibits in this case and that you will prepare those exhibits (including distinguishing in the transcripts the admitted portions of the deposition testimony of each witness from the remainder of the deposition) and the balance of the joint exhibits. Please provide us with a set of the joint exhibits for our inspection by September 8, 2003.

Very truly yours,

John Kosloske

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch