KING, PAGANO & HARRISON
1730 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20006

(202) 371-6800
FACSIMILE: (202) 371-6770

NEW YORK OFFICE
425 PARK AVENUE
NEW YORK, NY 10022
(212) 223-4000
FACSIMILE: (212) 223-4134

August 29, 2003

**VIA FACSIMILE**

John Kosloske, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W, 8th Floor
Washington, D.C. 20530

**Re: Health Insurance Plan of Greater New York v. The United States of America, Civil Action Nos. 97-187C, 01-148C (Allegra, J.)**

Dear Mr. Kosloske:

This letter is in regard to your August 27, 2003 correspondence in which you seek to cross-designate portions of Ms. Block, Mr. Meyler, Mr. Fritz, Ms. Root and Ms. Rembish's deposition transcripts.

Pursuant to RCFC 32(a)(4) you must indicate why these additional portions of the 30(b)(6) witnesses' deposition transcripts should, in fairness, be considered with the portions previously introduced. Accordingly, in order for us to assess your cross-designations, we need: (1) identification of the HIP-NY designations that relate to each cross-designation; and (2) an explanation of why additional portions of the deposition transcripts should be introduced at trial.

Please provide the appropriate justification for the introduction of the portions of the deposition transcripts listed in your August 27, 2003 correspondence.

Sincerely,

Jeffrey W. King

3

53032.doc