**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | |
|---|---|
| **HEALTH INSURANCE PLAN OF GREATER NEW YORK, Inc.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **Civil Action No. 97-187C, 01-148C**<br>**(Judge Allegra)** |

**DECLARATION OF TODD NELSON**

1. My name is Todd G. Nelson.

2. My business address is 1925 N. Lynn St. Suite 725 Arlington, VA 22213.

3. My present employer is Dispute Analytics LLC.

4. My present occupation or job description is consultant.

5. I have received copies of the following Protective Orders entered by the Court in this matter: the Protective Order entered on September 10, 2001; the Modified Protective Order entered on October 21, 2002; and the Second Modified Protective Order entered on November 7, 2002, (hereinafter collectively referred to as "the Protective Orders").

6. I have carefully read and understand the provisions of these Protective Orders. I have had the opportunity to confer with counsel of my choice to answer any questions I have regarding the Orders and this Declaration.

7. I certify that I am eligible to have access to the confidential records pursuant to the terms of the Protective Orders.

8. I shall comply with all of the provisions of the Protective Orders.

9. I shall hold all confidential records and any duplicates, notes, abstracts, or summaries thereof and any information contained therein or derived therefrom in confidence, and will not disclose such information to anyone not specifically entitled to access under the Protective Orders and will use the information solely for the purposes of this litigation.

10. At the conclusion of this litigation, I shall return all confidential records to counsel for Health Insurance Plan of Greater New York, including any duplicates, notes, abstracts, or summaries thereof, whether prepared by me or anyone else.

11. I understand that I continue to have confidentiality obligations with regard to confidential information beyond the conclusion of this case.

I declare under penalty or perjury that the foregoing is true and correct.

Dated: 9/15/03

[signature]
(Signature)