# In the United States Court of Federal Claims

**97-187C**

**Filed: October 29, 2003**

**HEALTH INSURANCE PLAN OF GREATER NY**

**v.**

**THE UNITED STATES**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.