# In The United States Court of Federal Claims

Nos. 97-187C, 01-148C

(Filed: October 31, 2003)

---

HEALTH INSURANCE PLAN
OF GREATER NEW YORK, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

From September 15 to 25, 2003, trial was held in this case at the United States Court of Federal Claims in Washington, D.C. At close of trial, the record remained open pending the receipt of the transcript of trial proceedings. The court received a copy of the trial transcript on October 29, 2003, and proof in this case is now closed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge