# In The United States Court of Federal Claims

Nos. 97-187C, 01-148C

(Filed: October 31, 2003)

---

HEALTH INSURANCE PLAN
OF GREATER NEW YORK, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Today, proof in this case was closed. The parties shall proceed as follows:

1. On or before December 15, 2003, the parties shall file simultaneous opening briefs.

2. On or before January 22, 2004, the parties shall file their replies.

3. The parties should utilize the briefs to synthesize their arguments, and may wish to include, *inter alia*, responses to opposing expert reports and testimony, as well as legal analysis on the proper standard for damages.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge