IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HEALTH INSURANCE PLAN OF GREATER NEW YORK, INC., | ) | |
| Plaintiff, | ) | Nos. 97-187C, 01-148C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO CORRECT TYPOGRAPHICAL ERRORS
IN THE COURT'S AUGUST 31, 2004 OPINION

Defendant, the United States, respectfully requests that the Court correct the following typographical errors in the Opinion filed on August 31, 2004, in the above captioned action:

1. In the second line of the second paragraph on page 2 of the Opinion, "Employees Health Benefit Fund" should be changed to "Employees Health Benefits Fund."

2. In the last line on page 17 of the Opinion, "1999" should be changed to "1989."

3. In the second line of the second paragraph on page 18 of the Opinion, "Wells" should be changed to "Wills."

4. In the tenth line of the second paragraph on page 18 of the Opinion, "did begin" should be changed to "did not begin."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) 514-8624

Attorneys for Defendant

OF COUNSEL:
SUSAN WHITMAN, ESQ.
Office of General Counsel
Office of Personnel Management
1900 E Street, N.W., Room 7353
Washington, D.C. 20410

SEPTEMBER 16, 2004