# In The United States Court of Federal Claims

Nos. 97-187C, 01-148C

(Filed: September 28, 2004)

HEALTH INSURANCE PLAN OF GREATER NEW YORK, INC., *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *

**ERRATA**

Please correct the following typographical errors in the opinion filed on August 31, 2004, in the above captioned action:

1. In the second line of the second paragraph on page 2 of the opinion, "Employees Health Benefit Fund" should be changed to "Employees Health Benefits Fund".

2. In the last line on page 17 of the opinion, "1999" should be changed to "1989".

3. In the second line of the second paragraph on page 18 of the opinion, "Wells" should be changed to "Wills".

4. In the tenth line of the first full paragraph on page 18 of the opinion, "did begin" should be changed to "did not begin".

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge