# In The United States Court of Federal Claims

Nos. 97-187C, 01-148C

(Filed: October 6, 2004)

| | |
|---|---|
| HEALTH INSURANCE PLAN | * |
| OF GREATER NEW YORK, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

**ORDER**

Based on the opinion filed in this case on August 31, 2004, as well as the parties' joint report on damages filed on September 20, 2004, the Clerk is ordered to enter judgment for the plaintiff in this case for:

1. $7,814,283, plus statutory interest under 41 U.S.C. § 611, from January 14, 1997; and

2. $1,313,897, plus statutory interest under 41 U.S.C. § 611, from February 15, 2001.

In the court's view, neither 41 U.S.C. § 611, 5 U.S.C. § 8909(c), nor any other provision of law, waives the sovereign immunity of the United States to provide for interest on the adjustments this court has previously directed be made to the OPM administrative reserve account and plaintiff's contingency reserve account. Accordingly, no interested is awarded or otherwise directed to be awarded with respect to those amounts.

No costs.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge