# In the United States Court of Federal Claims

**Nos. 97-187 C & 01-148 C**

**HEALTH INSURANCE PLAN OF GREATER NEW YORK, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Opinion filed August 31, 2004, the parties' Joint Report on Damages of September 30, 2004, and the court's Order, filed October 6, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the following:

1. The amount of $7,814,283.00, plus statutory interest under 41 U.S.C. §611, from January 14, 1997; and
2. The amount of $1,313,897.00, plus statutory interest under 41 U.S.C. §611, from February 15, 2001.

No costs.

Brian Bishop
Clerk of Court

**October 7, 2004** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.